UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE A. LAREAU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDOCYTE, INC., JOHN C. APLIN, MIKE A. SHERMAN, PHILIP S. LOW, COLIN GODDARD, MARC KOZIN, PATRICK MACHADO, FRED A. MIDDLETON, LESLEY RUSSELL, AND DAWN SVORONOS,<br><br>Defendants. | Case No. 1:18-cv-10392-JMF<br><br>Judge Jesse M. Furman |

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 17, 2018

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff, George A. Lareau*